# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

JARED WINGO, on behalf of himself )
and all others similarly situated, )
          Plaintiff, )

vs. )   Case No. 13-3097-CV-S-REL

STATE FARM FIRE AND )
CASUALTY COMPANY, )

          Defendant )

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff, through its undersigned counsel, moves the Court pursuant to Rule 41(a)(2) for the Federal Rules of Civil Procedure, for an Order dismissing the above entitled action without prejudice and on such terms and conditions as the Court deems proper. Defendant has filed no answer to the class action allegations that are the basis for Defendant's removal and has made no counter-claim against Plaintiff. Defendant would not suffer substantial prejudice by the dismissal of this action.

Respectfully Submitted,

/s/   David L. Steelman
David L. Steelman #27334
**Steelman, Gaunt & Horsefield**
901 Pine Street, Suite 110
Rolla, MO 65402
Telephone (866) 915-4793
dsteelman@steelmanandgaunt.com

/s/   Thomas H. Hearne
Thomas H. Hearne #27596
**Hearne & Pivac**
2733 E. Battlefield # 301
Springfield, Missouri 65804-2891

Telephone (417) 883-3399
Fax (417) 883-3996
thhearne@hplawfirm.org

**ATTORNEYS FOR PLAINTIFF**